# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Cr. No. 15-10011-STA** |
| | ) | |
| **BRYAN BAILEY,** | ) | |
| **CALVIN BAILEY,** | ) | |
| **SANDRA BAILEY,** | ) | |
| **CINDY MALLARD,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER ON JURY QUESTIONNAIRE

A jury trial is set to commence in this case on October 30, 2017.  The Court hereby gives the parties notice of its intent to use a concise jury questionnaire in advance of trial.  The practice of having the venire complete a questionnaire is useful in identifying possible juror conflicts and exposing prejudicial bias before voir dire begins.  The Court typically requests that the venire complete the questionnaire the week before trial.  The Clerk of Court then provides the parties with a copy of the completed questionnaires on the Friday afternoon before the trial begins, in time for counsel to review the questionnaires and use them during jury selection.   While the Court has its own standard jury questionnaire addressed to general background information, the Court recognizes that special questions addressed to the unique facts of each case can also be appropriate.

Consistent with its discretion "in deciding what questions should be asked on voir dire," the Court finds good cause to give the parties an opportunity to propose any special questions to include on the questionnaire for this case.  *Mu'Min v. Virginia*, 500 U.S. 415, 424 (1991).  The

parties should submit requested special questions, if any, to the Court prior to the pretrial conference, which is currently set for October 13, 2017.  The parties' proposals are due no later than October 11, 2017.

**IT IS SO ORDERED.**

**s/ S. Thomas Anderson**
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date:  September 18, 2017