IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CR. NO.: 15-10011-STA |
| CALVIN BAILEY, | * | |
| Defendant. | * | |

_____

**ORDER CONTINUING SENTENCING HEARING AND NOTICE OF RESETTING**
_____

PENDING BEFORE THE COURT is the filed motion of Defendant, Calvin Bailey, to continue the sentencing hearing in the above-captioned case. After considering any opposition filed by the United States of America, and the entire record in this case, the Court is of the opinion that Defendant's motion is well-taken and is, therefore, GRANTED.

IT IS HEREBY ORDERED that the SENTENCING HEARING in this case be CONTINUED until the 3rd day of August, 2018, at 11:00 a.m.

IT IS SO ORDERED, this the 29th day of May, 2018.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE