IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CR. NO.: 15-10011-STA |
| CALVIN BAILEY, | * | |
| Defendant. | * | |

___

**ORDER CONTINUING SENTENCING HEARING AND NOTICE OF RESETTING**
___

IT APPEARING TO THIS COURT THAT upon the filed motion of Defendant, Calvin Bailey, to continue the sentencing hearing in this matter, there being no opposition filed by the United States of America, and after considering the entire record in this case, it appears that this motion is well-taken and is, therefore, GRANTED.

IT IS HEREBY ORDERED that the SENTENCING HEARING in this case be CONTINUED until the 10th day of August, 2018, at 9:00 a.m.

IT IS SO ORDERED, this the 12th day of June, 2018.

s/S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE