IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CR. NO.: 15-10011 |
| CALVIN BAILEY, | * | |
| Defendant. | * | |

**NOTICE REGARDING JURY QUESTIONNAIRES**

    Undersigned counsel for Defendant, Calvin Bailey, hereby gives notice on the record in accordance with the Court's Order Regarding Jury Questionnaires, Doc. No. 218, certifying (1) that he has read and complied with his obligations under this Order, and (2) that all copies of the jury questionnaires have been destroyed.

    Respectfully submitted,

*/s/ William Joshua Morrow*
William Joshua Morrow
Tennessee Bar No. 026779
Hillhouse & Morrow
212 Pulaski Street
Lawrenceburg, Tennessee 38464
Telephone: 931-762-1400
williamjmorrow@yahoo.com
**Counsel for Defendant**

Dated: August 28, 2018

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and exact copy of the foregoing document was forwarded by electronic means via the Court's electronic filing system, or, if the foregoing was filed "under seal," then by hand delivery, by mailing same, first class, postage pre-paid, or by electronic delivery, to:

Matthew J. Wilson
Assistant United States Attorney
109 South Highland Avenue, Suite 300
Jackson, Tennessee 38301

Stuart J. Canale
Assistant United States Attorney
167 North Main Street, Suite 800
Memphis, Tennessee 38103

This, the 28th day of August, 2018.

*/s/ William Joshua Morrow*
William Joshua Morrow